JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOND D. MOORE,<br><br>    Petitioner,<br><br>vs.<br><br>M.S. EVANS, Warden,<br><br>    Respondent. | Case No. CV 08-839-SJO (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Error Coram Nobis for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that this action is summarily dismissed for lack of subject matter jurisdiction.

DATED: 2/11/01

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE